1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   H. WAYNE BARBER,          )    Case No.
                               )    EDCV 13-00441-JGB(OPx)
12            Plaintiff,       )
                               )    **JUDGMENT**
13        v.                   )
                               )
14   JP MORGAN CHASE BANK      )
     NATIONAL ASSOCIATION,     )
15   CALIFORNIA RECONVEYANCE   )
     COMPANY, DEREK WEAR-      )
16   RENEE, WASHINGTON MUTUAL  )
     BANK, RIVERSIDE COUNTY,   )
17   and DOES 1 to 10,         )
                               )
18            Defendants.      )
19   _____

20   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21        Pursuant to the Order filed herewith, IT IS ORDERED

22   AND ADJUDGED that Defendants JP Morgan Chase Bank

23   National Association, California Reconveyance Company,

24   Washington Mutual Bank, and Derek Wear-Renee are

25   //

26   //

27   //

28

1  DISMISSED WITHOUT PREJUDICE from Plaintiff's Complaint.

2  The Court orders that such judgment be entered.

3

4

5  Dated:  September 12, 2013     _____

6                                          JESUS G. BERNAL
                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28