UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 13-441 JGB (SPx)** | Date | September 13, 2013 |
|---|---|---|---|
| Title | *H. Wayne Barber v. JP Morgan Chase Bank N.A. et al.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                             None Present

**Proceedings:   ORDER To Show Cause re: Dismissal for Lack of Prosecution (IN CHAMBERS)**

Plaintiff is ORDERED to show cause why this case should not be dismissed, for lack of prosecution as to Defendant Riverside County. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

Plaintiff filed his Complaint on March 8, 2013. (Doc. No. 1.) Plaintiff has failed to file proofs of service on Defendant Riverside County within 120 days of the filing of the Complaint. Plaintiff can satisfy this order by showing that service was effectuated on Defendant Riverside County within the 120 day deadline or by showing good cause for failure to do so. Fed. R. Civ. P. 4(m).

Plaintiff must respond to this order by **September 27, 2013**. Failure to respond to this Order will be deemed consent to the dismissal of Defendant Riverside County from the Complaint.

**IT IS SO ORDERED.**