1

2

3

4                                    JS - 6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  H. Wayne Barber,          )      Case No. EDCV 13-0441
                              )      JGB(SPx)
12              Plaintiff,    )
                              )      **JUDGMENT**
13      v.                    )
                              )
14  JP Morgan Chase Bank      )
    N.A., et al.,             )
15                            )
                Defendant.    )
16  _____

17  _

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order filed herewith, IT IS ORDERED

20  AND ADJUDGED that Defendant Riverside County is DISMISSED

21  from the Complaint WITHOUT PREJUDICE.  The Court orders

22  that such judgment be entered.

23

24

25  Dated:  March 13, 2014       _____
                                           JESUS G. BERNAL
26                                 United States District Judge

27

28